IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

MELANIE B. FERLITO

    Plaintiff,

vs.                                           Civil Action No.:
                                                  4:11-cv-00125-MSD-TEM

NCB MANAGEMENT
SERVICES, INC.,
John Does 1 thru 10

    Defendant(s).
_____

## MOTION TO DISMISS AMENDED COMPLAINT

NOW COMES defendant NCB Management Services, Inc., by and through undersigned counsel, and respectfully requests that this Court enter an Order granting its Motion to Dismiss for failure to state a claim upon which relief can be granted. The accompanying memorandum supports this motion.

This the 9th day of April, 2012.

                                          Respectfully submitted,

                                          /s/ Amy L. Rich
                                          Amy L. Rich
                                          NC State Bar No. 35176
                                          DOUGHTON & RICH PLLC
                                          633 West Fourth Street, Suite 150
                                          Winston-Salem, NC  27101
                                          Telephone:  (336) 725-9416
                                          Facsimile: (336) 725-5129
                                          arich@doughtonrichlaw.com

                                          *Attorney for Defendant,*
                                          *NCB Management Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO DISMISS AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed via U.S. First Class Mail the document to the following non CM/ECF participants:

Melanie B. Ferlito
4920 Arbor Chase Drive
Raleigh, NC 27616
*Plaintiff*

This the 9th day of April, 2012.

/s/ Amy L. Rich
Amy L. Rich
NC State Bar No. 35176
DOUGHTON & RICH PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129
arich@doughtonrichlaw.com

*Attorney for Defendant,
NCB Management Services, Inc.*