

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  
Fax (919) 645-1750

Julie A. Richards  
Clerk of Court

April 9, 2012

Melanie B. Ferlito
4920 Arbor Chase Drive
Raleigh, NC 27616

RE: Ferlito v. NCB Management Services Incorporated, et al.
    5:12-CV-73-D
    **Notice to Pro Se Party Regarding Response to Motion to Dismiss (Docket Entry #9)**

Dear Ms. Ferlito:

The Defendant NCB Management Services Incorporated filed a Motion to Dismiss in the above captioned matter on April 9, 2012.

Local Civil Rule 7.1(e), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the court may grant the motion and your case could be dismissed. **Your material in opposition to this motion must be filed with the court on or before May 3, 2012.**

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything that you file with the court must be served on all other parties or their counsel, if they are represented.

Sincerely,

JULIE A. RICHARDS, CLERK OF COURT

(By) /s/Debby Sawyer
    Deputy Clerk

cc: Counsel of Record