UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

FILED
MAY 02 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

MELANIE B FERLITO
Plaintiff

Case No 5:12-CV-73-D

vs

NCB MANAGEMENT SERVICES INCORPRATED
John Does 1 thru 10
Defendant(s)

### RESPONSE TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

NOW COMES plaintiff Melanie B. Ferlito who submits that the Defendant has failed to show that there are no issues of material fact before the Court and therefore Plaintiff respectfully requests the Court deny the Defendant's Motion to Dismiss, strike the Defendant's Collection Letter and Statements and allow Plaintiff's claim to move forward to trial on the merits. The accompanying memorandum supports this response to defendant's motion to dismiss amended complaint.

Dated: 2nd day of May 2012
Respectfully Submitted,

*Melanie B Ferlito*
Melanie B. Ferlito
4920 Arbor Chase Drive
Raleigh, NC 27616
919-878-8174
ferlitos@nc.rr.com

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was mailed USPS first class mail to the persons listed below:

Daughton & Rich PLLC
633 West Fourth Street – Suite 150
Winston-Salem, NC 27101
*Attorney for Defendant,*
*NCB Management Services. Inc.*

                                  Dated: 2nd day of May 2012
                                  Respectfully Submitted,

*/s/ Melanie B. Ferlito*
Melanie B. Ferlito
4920 Arbor Chase Drive
Raleigh, NC 27616
919-878-8174
ferlitos@nc.rr.com