IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-73-D

| | | |
|---|---|---|
| MELANIE B. FERLITO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NCB MANAGEMENT SERVICES, INC., | ) | |
| and DEFENDANTS JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants' motion to dismiss plaintiff's amended complaint [D.E. 9] is GRANTED. See 15 U.S.C. § 1681b(a)(3)(A); DeMaestri v. Asset Acceptance Capital Corp., Civil Action Nos. 11-cv-01671-WJM-MJW, 11-cv-01672-WJM-MJW, 2012 WL 1229907, at *4–5 (D. Colo. Mar. 14, 2012) (unpublished), report and recommendation adopted, 2012 WL 1229940, at *1 (D. Colo. Apr. 12, 2012) (unpublished); Perretta v. Capital Acquisitions & Mgmt. Co., No. C-02-05561 RMW, 2003 WL 21383757, at * 5 (N.D. Cal. May 5, 2003) (unpublished).

SO ORDERED. This 19 day of June 2012.

JAMES C. DEVER III
Chief United States District Judge